1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

11 | DAN APTOR, derivatively and for

Case No. 2:21-cv-06371-FLA (Ex)

12 | the benefit of Nominal Defendant
ONTRAK, INC.,

Case No. 2:21-cv-07998-FLA (Ex)

13 | Plaintiffs,

**ORDER GRANTING STIPULATION**
**CONSOLIDATING RELATED**

14 | v.

**ACTIONS**

15 |

16 | TERREN S. PEIZER, et al.,

Case No. 2:21-cv-06371-FLA (Ex) [Dkt. 15]

17 | Defendants.

18 |

19 |

20 | MICHAEL ANDERSON,
derivatively and on behalf of

21 | ONTRAK, INC.,

22 | Plaintiffs,

23 | v.

24 |

25 | TERREN S. PEIZER, et al.,

26 | Defendants.

27 |

28

1

1    On October 26, 2021, the parties in *Dan Aptor v. Terren S. Peizer*, 2:21-cv-
2 06371-FLA (Ex) (the "*Aptor* action" or "Case No. 21-cv-6371"), and *Michael*
3 *Anderson v. Terren S. Peizer*, 2:21-cv-07998-FLA (Ex) (the "*Anderson* action" or
4 Case No. 21-cv-7998"),[1] filed a joint stipulation (the "Stipulation") to consolidate the
5 two actions and to stay the case pending the resolution of the motion to dismiss in the
6 related consolidated class action styled *Michael Farhar v. Ontrak, Inc.*, 2:21-cv-
7 01987-FLA (Ex) (the "*Farhar* action" or "Case No. 21-cv-1987").  Case No. 21-cv-
8 6371, Dkt. 15.  It is undisputed the allegations of the Complaints in the *Aptor* and
9 *Anderson* actions arise from the same transactions, happenings, or events and call for
10 determination of the same or substantially related or similar questions of law and fact
11 as in the *Farhar* consolidated class action.  Case No. 21-cv-6371, Dkt. 19 at 1.

12    On November 1, 2021, the court ordered the parties in the *Aptor* and *Anderson*
13 actions to meet and confer with Lead Plaintiff Ibinado Dick of the *Farhar* action and
14 to show cause in writing why the *Aptor* and *Anderson* actions should not be
15 consolidated with the *Farhar* action.  Case No. 21-cv-6371, Dkt. 18.  The parties filed
16 timely a joint status report on November 19, 2021, stating that the *Aptor* and *Anderson*
17 actions should not be consolidated with the *Farhar* action because of important
18 distinctions between the legal claims asserted in the respective actions that preclude
19 consolidation of the derivative actions with the *Farhar* action.  *Id.*, Dkt. 19 at 1-3
20 (citing *e.g.*, *Sanders v. VeriFone Sys., Inc.*, Case No. 5:13-cv-01038-EJD, 2013 WL
21 5550435, at *2 (N.D. Cal. Oct. 7, 2013)).
22 / / /
23 / / /
24 / / /
25
26
27

---

28
[1] The *Anderson* action was transferred to this court on November 3, 2021, as related to
the *Farhar* action.  Case No. 21-cv-7998, Dkt. 13.

Having reviewed the parties' joint status report and the arguments therein, and finding good cause therefor, the court GRANTS the Stipulation (Case No. 21-cv-6371, Dkt. 15) and ORDERS:

1.  The *Aptor* action (Case No. 21-cv-6371) and the *Anderson* action (Case No. 21-cv-7998) are hereby related and consolidated, with the *Aptor* action serving as the lead case.  All future filings shall be in the *Aptor* action (Case No. 21-cv-6371), until further notice from the court.

2.  Glancy Prongay & Murray LLP and the Brown Law Firm, P.C. shall be designated as Co-Lead Counsel for Plaintiffs in the consolidated *Aptor* action.

3.  The Clerk shall administratively close the *Anderson* action (Case No. 21-cv-7998).  The November 1, 2021 Order to Show Cause in the *Anderson* action (*id.*, Dkt. 12) is DISCHARGED.

4.  The consolidated *Aptor* action is STAYED pending the resolution of the motion to dismiss the consolidated First Amended Complaint in the *Farhar* action (Case No. 21-cv-1987, Dkt. 75).

5.  Plaintiffs in the consolidated *Aptor* action shall file a consolidated amended complaint on or before 14 days after the court issues its order on the motion to dismiss in the *Farhar* action.  Notwithstanding this order, Plaintiffs may file the consolidated amended complaint at any time during the pendency of the stay.

6.  Within thirty (30) days of the termination of the stay, the parties shall meet and confer and submit a proposed schedule for further proceedings in the consolidated *Aptor* action.  Defendants in the consolidated *Aptor* action shall file their response to the operative complaint within sixty (60) days of the termination of the stay unless the court orders otherwise.

7.  This order supersedes any conflicting provisions of the Stipulation (Case No. 21-cv-6371, Dkt. 15).  The Stipulation is otherwise APPROVED.

8.  The court's Order to Show Cause why the *Aptor* and *Anderson* actions
    should not be consolidated with the *Farhar* action (Case No. 21-cv-6371,
    Dkt. 18) is DISCHARGED.

IT IS SO ORDERED.

Dated: December 7, 2021

FERNANDO L. AENLLE-ROCHA
United States District Judge

4